# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gale Allen Rachuy,                      Civil No. 17-508 (DWF/KMM)

          Petitioner,

v.                                          **ORDER ADOPTING REPORT AND RECOMMENDATION**

Bethel Work Release and
Federal Bureau of Prisons,

          Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated November 6, 2017. (Doc. No. 10.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Katherine M. Menendez's November 6, 2017 Report and Recommendation (Doc. No. [10]) is **ADOPTED**.

2. Petitioner Gale Allen Rachuy's Petition for Writ of Habeas Corpus (Doc. No. [1]) is **DENIED** and the matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 14, 2017          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge